UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JODI L. GRESHAM,

Plaintiff,

-against-

GIMME CREDIT LLC and ARTHUR ROSENZWEIG,

Defendants.

**ORDER**

26-CV-05444 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Jodi L. Gresham initiated this action by filing a complaint on June 26, 2026. (Doc. 1). On July 7, 2026, Plaintiff filed waivers of service, indicating that Defendant Gimme Credit LLC and Arthur Rosenzweig waived service of the summons on July 1, 2026. (Doc. 3). There has been no activity on the docket, other than Plaintiff filing a notice of substitution of attorney (Doc. 4), since the filing of the waivers of service. Defendants have not responded to the complaint or otherwise appeared in this action.

Accordingly, by December 2, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue default judgment against Defendants Gimme Credit LLC and Arthur Rosenzweig.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: White Plains, New York
November 2, 2026

_______________________________
Philip M. Halpern
United States District Judge